| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| RICHARD ZAPF and JANET ZAPF, | § § § § | |
| Plaintiffs, | | |
| versus | § § § | CIVIL ACTION NO. 1:06-CV-430 |
| ALLSTATE TEXAS LLOYDS and HELEN CLARK, | § § § § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on August 1, 2006. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiffs' unopposed motion for dismissal without prejudice and enter final judgment.

The magistrate judge's report is hereby **ADOPTED**. It is therefore

**ORDERED** that plaintiffs' "Unopposed Motion to Dismiss Without Prejudice and Certificate of Conference" (Docket No. 6) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

The court will enter final judgment separately.

SIGNED at Beaumont, Texas, this 15th day of August, 2006.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE